ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| First Transit, Inc. | ) ASBCA No. 63317 |
| | ) |
| Under Contract No. CQ17128C | ) |

APPEARANCES FOR THE APPELLANT:    Robert B. Hopkins, Esq.
Drew T. Dorner, Esq.
Allison M. Midei, Esq.
  Duane Morris, LLP
  Baltimore, MD

APPEARANCES FOR THE AUTHORITY:    Jeffrey Weinstein, Esq.
  Chief Trial Attorney
  Washington Metropolitan Area
   Transit Authority
  Washington, DC

  Attison L. Barnes III, Esq.
  George E. Petel, Esq.
   Wiley Rein LLP
   Washington, DC

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: December 15, 2023

_____
CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63317, Appeal of First Transit, Inc., rendered in conformance with the Board's Charter.

Dated: December 15, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals